**No. 39142.**—Protests 912980–G/87100, etc., of Chicago Apparatus Co. (Chicago),

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271).

# 364

the aneroid barometers in question were held dutiable at 27½ percent under paragraph 372 as claimed.